416

697 A.2d 588

Richard CARTER, for the Incarcerated
Citizens' Congress, Petitioner,

v.

Tom RIDGE, Governor of the Commonwealth of Pennsylvania,
Stewart J. Greenleaf, Senator/Chairman of the Pennsylvania
Senate Judiciary Committee, and Michael R. Hackman, Associate Director of the Pennsylvania Prison Society, Respondents.

Supreme Court of Pennsylvania.

Aug. 20, 1997.

## *ORDER*

PER CURIAM.

AND NOW, this 20th day of August, 1997, the petition for allowance of appeal is dismissed.